# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Micky Simons | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:25-cv-510 |
| Shenzen Geekvape Technology Co., Ltd. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Micky Simons .

Date: 03/28/2025

/s/ Sara Willingham
*Attorney's signature*

Sara Willingham, 45661
*Printed name and bar number*

The Paynter Law Firm, PLLC
118 St Mary's St., Ste. 100
Raleigh, NC 27605

*Address*

swillingham@paynterlaw.com
*E-mail address*

(919) 245-3116
*Telephone number*

(866) 734-0622
*FAX number*