# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| MICKY SIMONS | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 7:25-cv-510-M-RJ |
| SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.,<br>VPRO TECH, LLC d/b/a GEEKVAPE USA | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VPRO TECH, LLC d/b/a GEEKVAPE USA
Han Zhong, Registered Agent
8150 23 Mile Rd.
Shelby Township, MI 48316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paynter Law Firm PLLC
Sara C. Willingham

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*PETER A. MOORE, JR., CLERK OF COURT*

Date: 03/28/2025

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:25-cv-510-M-RJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VPRO TECH, LLC d/b/a GEEKVAPE USA

was received by me on *(date)* March 28, 2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

**X** I served the summons on *(name of individual)* Han Zhong, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* VPRO TECH, LLC d/b/a GEEKVAPE USA on *(date)* April 5, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 22, 2025

/s/ Sara C. Willingham
*Server's signature*

Sara C. Willingham, Attorney
*Printed name and title*

118 St Mary's St., Ste. 100 Raleigh, NC 27605
*Server's address*

Additional information regarding attempted service, etc:

Service was made via the U.S. Postal Service certified mail. The return receipt is attached hereto.

