UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-00510M

| | |
|---|---|
| MICKY SIMONS,<br><br>        Plaintiff,<br><br>v.<br><br>SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., VPRO TECH, LLC d/b/a GEEKVAPE USA,<br><br>        Defendants. | MOTION TO STAY |

**COMES NOW**, Plaintiff Micky Simons, pursuant to Local Civil Rule 7.1 and hereby moves the Court for an order staying this lawsuit until Defendant Shenzhen Geekvape Technology Co., Ltd., is served and allowing Defendant VPRO Tech, LLC d/b/a Geekvape USA thirty-five days to answer Plaintiff's Complaint once Defendant Shenzhen Geekvape Technology Co., Ltd. is served. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed his Complaint on March 27, 2025.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant VPRO Tech, LLC d/b/a Geekvape USA was served with Plaintiff's Complaint and summons via certified mail on April 5, 2025.

3. Defendant Shenzhen Geekvape Technology Co., Ltd. is a corporation organized under the laws of the People's Republic of China.

4. Plaintiff is currently pursuing service of Plaintiff's Complaint and summons on Defendant Shenzhen Geekvape Technology Co., Ltd. pursuant to the Hague Convention on the Service of Judicial and Extra-Judicial Documents in Civil or Commercial Matters ("Hague

1

Convention"). 20 U.S.T. 361; 658 U.N.T.S. 163. Service is expected to take sixteen to eighteen weeks, and it may take an additional twenty-eight to thirty weeks for the return of service.

5. Counsel for Defendant VPRO Tech, LLC d/b/a Geekvape USA contacted undersigned counsel and requested an extension of time to investigate Plaintiff's claims against Defendant VPRO Tech, LLC d/b/a Geekvape USA and answer the Complaint.

6. Because service pursuant to the Hague Convention is expected to take several weeks to months, the Parties agree that it is appropriate to stay this lawsuit until Defendant Shenzhen Geekvape Technology Co., Ltd. is served with Plaintiff's Complaint and Summons and allow Defendant VPRO Tech, LLC d/b/a Geekvape USA thirty-five days to answer Plaintiff's Complaint once Defendant Shenzhen Geekvape Technology Co., Ltd. is served.

7. Defendant VPRO Tech, LLC d/b/a Geekvape USA consents to this motion.

**WHEREFORE,** for the reasons stated herein and with the consent of Defendant VPRO Tech, LLC d/b/a Geekvape USA, Plaintiff respectfully moves the Court for an Order staying this lawsuit until Defendant Shenzhen Geekvape Technology Co., Ltd. is served and allowing Defendant VPRO Tech, LLC d/b/a Geekvape USA thirty-five days to answer Plaintiff's Complaint once Defendant Shenzhen Geekvape Technology Co., Ltd. is served.

Dated April 22, 2025

Respectfully Submitted,

**PAYNTER LAW FIRM PLLC**

/s/ Sara C. Willingham
Sara C. Willingham
North Carolina State Bar No. 45661
118 St Mary's St., Ste. 100

Raleigh, NC 27605  
Telephone: (919) 245-3116  
Facsimile: (866) 734-0622  
Email: swillingham@paynterlaw.com

*Attorney for Plaintiff*

3

Case 7:25-cv-00510-M-RJ     Document 6     Filed 04/22/25     Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Motion to stay, was served upon all counsel of Record by attaching a copy of the same to an electronic correspondence as addressed below, and pursuant to Federal Rule Civil Procedure 5 and Local Civil Rule 5.1, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the court's transmission facilities as authorized by Rule 5.1 and in conformity with these rules:

> Robert J. Murillo
> Pivotal Legal Ltd.
> 5029 Rockcress Dr. NW
> Albuquerque, NM 87120
> robert@pivotallegal.com

Dated April 22, 2025

> /s/ Sara C. Willingham
> Sara C. Willingham
> North Carolina State Bar No. 45661
> Paynter Law Firm PLLC
> 118 St Mary's St., Ste. 100
> Raleigh, NC 27605
> Telephone: (919) 245-3116
> Facsimile: (866) 734-0622
> Email: swillingham@paynterlaw.com
>
> *Attorney for Plaintiff*