UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-00510M

| | |
|---|---|
| MICKY SIMONS,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., VPRO TECH, LLC d/b/a GEEKVAPE USA,<br><br>    Defendants. | PROPOSED ORDER |

THIS MATTER, having come before the Court on the Plaintiff's Motion to Stay, and the Court having reviewed the Motion and other appropriate matters of record, concludes that Plaintiff that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED that the Motion is GRANTED and this lawsuit is stayed until Defendant Shenzhen Geekvape Technology Co., Ltd. is served and Defendant VPRO Tech, LLC d/b/a Geekvape USA will have thirty-five days to answer Plaintiff's Complaint once Defendant Shenzhen Geekvape Technology Co., Ltd. is served.

SO ORDERED, this the ___ day of April, 2025.

_____
United States District Judge