IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CV-510-M

| | | |
|---|---|---|
| MICKY SIMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SHENZHEN GEEKVAPE TECHNOLOGY CO., | ) | |
| LTD. AND VPRO TECH, LLC, | ) | |
| *d/b/a Geekvape USA*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's motion (1) to stay the case pending service on Defendant Shenzhen Geekvape Technology Co., Ltd. ("Shenzhen Geekvape"), a corporation organized under the laws of the People's Republic of China, and (2) to allow Defendant VPRO Tech, LLC ("VPRO") thirty-five (35) days after Shenzhen Geekvape is served to answer or to otherwise respond to the complaint. [DE-6]. Plaintiff asserts that service of Shenzhen Geekvape is being pursued pursuant to the Hague Convention but is expected to take 16–18 weeks, as well as an additional 28–30 weeks for the return of service. VPRO requested from Plaintiff's counsel additional time to investigate the claims asserted and to answer or to otherwise respond to the complaint. Efficiencies will be generated by allowing the case to proceed on a single track simultaneously against both Defendants. Accordingly, the court finds good cause to stay this case, including VPRO's deadline to answer or to otherwise respond to the complaint while Plaintiff attempts to effect service on Shenzhen Geekvape. Plaintiff shall file a status report regarding

service efforts every 90 days until Shenzhen Geekvape is served.

SO ORDERED, the **24** day of April, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge