# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:25-cv-00510-M

| | |
|---|---|
| **MICKY SIMONS,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., VPRO TECH, LLC d/b/a GEEKVAPE USA,**<br><br>　　　　**Defendants.** | **STATUS REPORT** |

Pursuant to the Court's Order dated April 28, 2025 (Doc. 7), Plaintiff hereby respectfully submits a status report regarding service efforts on Defendant Shenzhen Geekvape Technology Co., Ltd.:

1. On May 9, 2025, Plaintiff's counsel received an email from the Ancillary Legal Corporation stating that the documents for service on Shenzhen Geekvape Technology Co., Ltd. were accepted by the Central Authority in The People's Republic of China on May 6, 2025, and that the Central Authority will now proceed with service. The email also states that the "as stipulated in the Hague Convention, the Central Authority must return a Proof of Service (or Non-Service) to [Ancillary Legal] before a 6-month deadline."

2. On July 6, 2025, Plaintiff's counsel received an email from Ancillary Legal Corporation stating that they have not received any additional updates from the Central Authority regarding the service request on Shenzhen Geekvape

1

Technology Co., Ltd. in People's Republic of China.

This the 28th day of July, 2025.

Respectfully Submitted,

**PAYNTER LAW FIRM PLLC**


/s/ Sara C. Willingham
Sara C. Willingham
North Carolina State Bar No. 45661
118 St Mary's St., Ste. 100
Raleigh, NC 27605
Telephone: (919) 245-3116
Facsimile: (866) 734-0622
Email: swillingham@paynterlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Status Report, was served upon all counsel of Record by attaching a copy of the same to an electronic correspondence as addressed below, and pursuant to Federal Rule Civil Procedure 5 and Local Civil Rule 5.1, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the court's transmission facilities as authorized by Rule 5.1 and in conformity with these rules:

>Robert J. Murillo
>Pivotal Legal Ltd.
>5029 Rockcress Dr. NW
>Albuquerque, NM 87120
>robert@pivotallegal.com

This the 28th day of July, 2025.

>Respectfully Submitted,
>
>**PAYNTER LAW FIRM PLLC**
>
>/s/ Sara C. Willingham
>Sara C. Willingham
>North Carolina State Bar No. 45661
>118 St Mary's St., Ste. 100
>Raleigh, NC 27605
>Telephone: (919) 245-3116
>Facsimile: (866) 734-0622
>Email: swillingham@paynterlaw.com
>
>*Attorney for Plaintiff*

3