# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| MICKY SIMONS <br><br> *Plaintiff(s)* <br> v. <br> SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., <br> VPRO TECH, LLC d/b/a GEEKVAPE USA <br><br> *Defendant(s)* | Civil Action No. 7:25-cv-510 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHENSHEN GEEKVAPE TECHNOLOGY CO., LTD.
3012 Xixiang Road, 7th Floor, West Block, Laobing Building,
Shenzhen, GuangDong Shen 518000, People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paynter Law Firm PLLC
Sara C. Willingham
118 St Mary's St., Ste. 100
Raleigh, NC 27605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/27/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:25-cv-510

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SHENSHEN GEEKVAPE TECHNOLOGY CO., LTD.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

x Other *(specify)*:
A third-party service company attempted service and received a certificate of non-service (attached). We have obtained a new address and will request a new summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/3/2025

/s/ Sara Willingham
*Server's signature*

Sara Willingham, Plaintiff's attorney
*Printed name and title*

The Paynter Law Firm, PLLC, 118 St Mary's St., Ste. 100
Raleigh, NC 27605
*Server's address*

Additional information regarding attempted service, etc:

| CERTIFICATE |
| --- |
| *ATTESTATION* |

1823CNS20250422

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** *
that the document has been served *
*que la demande a été exécutée**

| – the (date) / le (date) : | |
| --- | --- |
| – at (place, street, number) / à (localité, rue, numéro) : | |

– in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ **a)** *
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ **b)** *
in accordance with the following particular method*:
*selon la forme particulière suivante**

☐ **c)** *
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| Identity and description of person: *Identité et qualité de la personne :* | |
| --- | --- |
| Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑ **2** *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants**

No such company at the address provided.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Annexes / *Annexes*

| Documents returned: *Pièces renvoyées :* | |
| --- | --- |
| In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | |

*
*if appropriate / s'il y a lieu*

| Done at / *Fait à* Beijing | Signature and/or stamp / *Signature et / ou cachet* 中华人民共和国 司法部 民商事司法协助专用章 |
| --- | --- |
| the / *le* 2025.08.21 | |

2013 4

# 深圳市宝安区人民法院
## 送 达 回 证

| | |
|---|---|
| 案 号 | （2025）粤 0306 协外送 18 号<br>（2025）粤 协外送 204 号<br>（2025）最高法协外送 1094 号 |
| 案 由 | MICKY SIMONS 与 SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.侵权责任纠纷 |
| 受送达人 | SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD. 深圳市基克纳科技有限公司 |
| 送达地址 | 3012 Xixiang Road, 7th Floor, West Block, Laobing Building, Shenzhen,Guangdong,518000<br>西乡街道老兵衡龙2业城西座7层 |

| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| SummaryOfDocuments request | | | | | 没送达地址<br>查见的人，未<br>能成功送达。 |
| 1-S-Summons in a Civil Action | | | 年 月<br>日 时 | | |
| 2-S-Complaint | | | | | 签发人：钟明峰<br>王静波<br>2025年6月26日 |
| 3-S-Civil Cover Sheet | | | | | |
| 3-S-Civil Cover Sheet | | | | | |
| 2-T-Complaint | | | | | |
| 3-T-Civil Cover Sheet | | | | | |

| Transfer | | | | | | |
|---|---|---|---|---|---|---|
| 备注 | 2025年6月26日15:12时，送达人到受送达地址（宝安区西乡7层），拨打联系方式无人接听，无法送达本人。有监控可证。[签名] 2025年6月26日 | | | | | |

注：(1)受送达人或者共同住成年家属拒绝接受诉讼文书的，由送达人在备注写明情况，把诉讼文书留在受送达人处，即视为送达。

(2)邮寄送达的，由受送达人收到所送达诉讼文书后，在送达回证上签收，并将本送达回证寄回本院。(邮寄地址：深圳市宝安区建安一路3号A栋10楼。邮编：518101)。

(3)代收诉讼文书的，由代收人签名或盖章，并注明其与受送达人的关系及代收理由。

# 情况说明

兹（2025）粤 0306 协外送 18 号、（2025）粤协外送 204 号、（2025）最高法协外送 1094 号收悉，本院于 2025 年 6 月 26 日上午 11：12 时深圳市宝安区人民法院工作人员钟玉宋、王寿浓到送达地址深圳市宝安区西乡街道老兵衡芳工业城西座 7 层，该地址有两处为西座 7 层，两处的经营公司分别为深圳市科赛尔电子有限公司和深圳振百易科技有限公司，管理处反馈送达地址无受送达人，有照片可证。为此，送达地址查无受送达人，无法送达。

说明人：钟玉宋 王寿浓代浓

2025 年 6 月 26 日

1

# 广东省深圳市宝安区人民法院
# 领取法律文书通知书

（2025）粤 0306 协外送 18 号
（2025）粤协外送 204 号
（2025）最高法协外送 1094 号

SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.：

根据司法协助的相关规定要求，经美国北卡罗莱纳州东区联邦地区法院委托，我院就"MICKY SIMONS 与 SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD. 侵权责任纠纷"一案向你（你单位）送达相关法律文书，现因无法与你（你单位）取得联系，无法将相关法律文书向你（你单位）直接送达，为维护你（你单位）的诉讼权利，现将领取相关法律文书事项告知如下：

一、你（你单位）须于 2025 年 7 月 7 日前到深圳市宝安区人民法院（宝安区建安一路 3 号）领取本案相关法律文书。

二、人民法院已经告知当事人领取法律文书的期间和地点的，当事人领取法律文书之日即为送达之日。

三、如因交通不便或其他原因要求邮寄送达法律文书的，当事人可告知人民法院。人民法院将按照当事人提供并确认的送达地址和收件人邮寄送达，邮寄送达的，当事人在邮件回执上注明收到之日即为送达之日。

联系电话：29997848


















