UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-00510M

| | |
|---|---|
| MICKY SIMONS,<br><br>       Plaintiff,<br><br>v.<br><br>SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., VPRO TECH, LLC d/b/a GEEKVAPE USA,<br><br>       Defendants. | STATUS REPORT |

      Pursuant to the Court's Order dated April 28, 2025, Plaintiff hereby respectfully submits a status report regarding service efforts on Defendant Shenzhen Geekvape Technology Co., Ltd. On August 29, 2025, Plaintiff received an email from Ancillary Legal Corporation informing him that service on Shenzhen Geekvape Technology Co., Ltd. in People's Republic of China was unsuccessful. At Plaintiff's request, Ancillary Legal Corporation conducted a skip trace search for alternative addresses for Shenzhen Geekvape Technology Co., Ltd. and located one. A summons with the alternative address was issued on October 6, 2025. The summons only has been sent for translation, which is expected to take three days. Then, the complaint and summons will be served.

      This the 27th day of October, 2025.

                                            Respectfully Submitted,

                                            **PAYNTER LAW FIRM PLLC**

1

/s/ Sara C. Willingham
Sara C. Willingham
North Carolina State Bar No. 45661
118 St Mary's St., Ste. 100
Raleigh, NC 27605
Telephone: (919) 245-3116
Facsimile: (866) 734-0622
Email: swillingham@paynterlaw.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Status Report, was served upon all counsel of Record by attaching a copy of the same to an electronic correspondence as addressed below, and pursuant to Federal Rule Civil Procedure 5 and Local Civil Rule 5.1, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the court's transmission facilities as authorized by Rule 5.1 and in conformity with these rules:

> Robert J. Murillo
> Pivotal Legal Ltd.
> 5029 Rockcress Dr. NW
> Albuquerque, NM 87120
> robert@pivotallegal.com

This the 27th day of October, 2025.

Respectfully Submitted,

**PAYNTER LAW FIRM PLLC**

/s/ Sara C. Willingham
Sara C. Willingham
North Carolina State Bar No. 45661
118 St Mary's St., Ste. 100
Raleigh, NC 27605
Telephone: (919) 245-3116
Facsimile: (866) 734-0622
Email: swillingham@paynterlaw.com

*Attorney for Plaintiff*